```
FILED
MAR 08 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
```

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Medical Corporation H&S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Ex Parte Application of                )   Case No: CV-19 80058 MISC
                                              )
MEDICAL CORPORATION H&S,                      )   DECLARATION OF YUICHI
                                              )   NAKAZAWA IN SUPPORT OF EX
                                              )   PARTE APPLICATION FOR ORDER
                         Applicant.           )   PURSUANT TO 28 U.S.C. § 1782
                                              )   PERMITTING DISCOVERY FOR USE IN
                                              )   FOREIGN PROCEEDING

I, Yuichi Nakazawa, declare as follows:

1. I am an attorney duly licensed to practice law in Japan. I am a partner at Toda Sogo Law Office, a legal professional corporation organized and existing under the laws of Japan. Applicant, Medical Corporation H&S ("MCHS"), a medical corporation organized and existing under the laws of Japan, retained me and my firm to initiate a civil lawsuit against those liable for defamation and unlawful business interference under Japanese law as soon as their identities have been ascertained through discovery.

2. I have personal knowledge of each matter stated herein.

3. I submit this declaration in support of MCHS's Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782 (the "Application").

In re Ex Parte Application of Medical Corporation H&S
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

-Page 1 of 3-

4. MCHS has been operating a dental clinic under the name of "Shonen Dental Clinic" ("松年歯科クリニック" in Japanese) in Nagoya, Japan since March of 2002. Between November of 2018 and February of 2019, multiple reviews described in Exhibit A attached hereto (the "Subject Reviews") were posted on the Google Map review page concerning "Shonen Dental Clinic" through five different Google Accounts whose display names are "杉村元雄", "綾白石", "AOI N", "S J" and "N A", respectively (collectively the "Subject Google Accounts"). Exhibit A is a true and correct copy of the review page as of February 17, 2019 containing the Subject Reviews I highlighted with a red frame. All of the Subject Reviews were posted with one-star ratings and without any comments. "杉村元雄", "綾白石" and "AOI N" posted each review on Wednesday although MCHS closed the subject clinic every Wednesday. They never posted any review other than their Subject Reviews. "S J" and "N A" have already deleted their Subject Reviews as of the date of this declaration.

5. Considering the facts above, it is my opinion as a Japanese lawyer that the first three of the Subject Reviews through different three Google Accounts ("杉村元雄", "綾白石" and "AOI N") were posted by the same person for harassment purposes and constitute defamation and unlawful business interference under Japanese law. In addition, I believe the last two of the Subject Reviews through different Google Accounts ("S J" and "N A") were also posted for harassment purposes and constitute defamation and unlawful business interference under Japanese law.

6. Therefore, MCHS intends to bring a lawsuit in Japan against the person(s) associated with the Subject Google Accounts as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

7. In order to identify the person(s) who committed unlawful acts against MCHS through the Subject Google Accounts, it is crucial for MCHS to obtain the information relevant thereto. In particular, the information relating to the Subject Google Accounts, as specified in the proposed subpoena concurrently filed with the Application, would be critical and highly relevant in identifying the perpetrators. The most recent access log is

-Page 2 of 3-

In re Ex Parte Application of Medical Corporation H&S
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

necessary because records of older access are generally erased after a short period of time.

8. The Subject Google Accounts are maintained by Google[1], located in Mountain View, California[2]. Google is not a party to the anticipated Japanese lawsuit described above.

9. I am not aware of any restrictions imposed by or any policies under Japanese law limiting the proof-gathering proceeding in the manner proposed and for the purposes stated herein and in the Application.

10. Based on the above, the documents sought from Google are highly relevant to MCHS's anticipated Japanese lawsuit and are narrowly tailored and limited to the discovery materials related to the Subject Google Accounts through which the identities of the defendants to the anticipated Japanese lawsuit could be ascertained and nothing further.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 7, 2019         By: _____中澤佑一_____
                                  Yuichi Nakazawa

---

[1] https://about.google/intl/en/products/.

[2] https://about.google/intl/en/locations/.

-Page 3 of 3-

In re Ex Parte Application of Medical Corporation H&S
Declaration of Yuichi Nakazawa in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

Google　松年歯科クリニック



地図データ ©2019 ZENRIN　100 m

## すべてのクチコミ

5
4
3
2
1

**3.8**
★★★★★
26 件のクチコミ

並べ替え: 関連性の高い順 ⌄


佐藤一志
9 件のクチコミ

★★★★★ 3 週間前
かれこれ2年程通っています。最初は、治療からでその後も定期的にメンテナンス、ホワイトニングをやってもらっています。
先生とスタッフさん達の「笑顔」「親切」「誠実」「丁寧」「清潔」さで今では、年間通してのライフスタイルとなり安心して行ける歯医者さんです🎵

👍 1　　<　共有


**T TANA**
2件のクチコミ

★★★★★ 4週間前
スタッフの方たちや先生から治療のアドバイスをもらえます。
丁寧な治療で歯も治って満足してます。
今は定期検診に通ってますが、衛生士さんも熱心だと思います。

👍 いいね　　< 共有


**竹本賢**
1件のクチコミ

★★★★★ 2か月前
とても丁寧な診療で大変満足しています。
治療の際も説明もきちんとして頂けるので大変満足です。

👍 いいね　　< 共有


**千怜松島**
1件のクチコミ

★★★★★ 1か月前
検診から色んな相談もうけていただいてます
またキッズルームもあり
安心して利用できます。

👍 いいね　　< 共有


**松井竜一**
1件のクチコミ

★★★★★ 1か月前
清潔で落ち着いてあて、リラックスして治療が受ける
事が出来る良い歯医者です。
是非皆さんも治療しにきてください。

👍 いいね　　< 共有


**弁田中**
1件のクチコミ

★★★★★ 1か月前
ディスカバリ使えば★だけでも開示いけますよ。

👍 いいね　　< 共有

あまのゆうこ
1件のクチコミ

★★★★★ 1か月前
皆さん、とても親切で笑顔で、毎回、気持ちよく診察を受けられます。

　いいね　　　共有

坂梨愛
1件のクチコミ

★★★★★ 17時間前
スタッフみなさんの対応がとても親切で丁寧です！

　いいね　　　共有

アリス木ノ本
ローカルガイド・2件のクチコミ・1枚の写真

★☆☆☆☆ 1か月前
人見て判断してるみたいで最初から怒られました！
歯医者恐怖症になった原因です！

　いいね　　　共有

丹沢よしこ
1件のクチコミ

★★★★★ 2年前
40代で入れ歯。
人と話すのも不安で、
ついつい手で口を隠しながら会話をしている状態で、
途方に暮れていました。
インプラントは高額で手が出ないと思っていましたので、
せめて金属の薄い入れ歯を実費でやろうと思いました。

まず、今までの入れ歯の修理から入りました。
それで、大きくないか、痛くないかを確かめ、
その後、グラグラの歯を抜いては歯を足して、
治療を進めてもらいました。

それで、問題なく咬めると、金属の入れ歯づくりに入りました。
金属の入れ歯は、時間がかかりましたが、
出来上がった日は、嬉しくかったです。

今でも大事に使っています。

　3　　　　共有

**しょうちん**
2 件のクチコミ

★★★★★ 1 年前

始まる時間を守ってくれるので、待ち時間が少ないが良いと思う。あと、スタッフの挨拶が丁寧なことと、予約の前の日にメールで知らせてくれるのでとても助かる。

👍 1     共有

**M K**
1 件のクチコミ

★★★★ 1 年前
歯は院長先生に、他の悩みはここの弁護士の先生に聞いてもらいました

👍 いいね     共有

**N A**
1 件のクチコミ

★　　　　3 日前

**S J**
1 件のクチコミ

★　　　　1 か月前

**AOI N**

★　　　　2 か月前

**島田綾子**
1 件のクチコミ

★★★★★ 2 か月前

**樋口真弓**
ローカルガイド・12 件のクチコミ・11 枚の写真

★★★★★ 2 か月前

**綾白石**

★　　　　2 か月前

**杉村元雄**
1 件のクチコミ
★　　　3 か月前

---

**しん太郎**

★★★★★ 5 か月前

**近藤健之**

★★★　　10 か月前

**Taka S**
ローカルガイド ・1 件のクチコミ・507 枚の写真
★★★★　1 年前

**yasu k**
1 件のクチコミ
★★★★★ 1 年前

**ようこ511**

★★★★★ 2 年前

**田尾のり子**

★★★★★ 2 年前

**近るり**
ローカルガイド ・2 件のクチコミ・3 枚の写真
★　　　2 年前